## 29708. GRAHAM v. GRAHAM.

JORDAN, Justice.

This appeal by the father of two minor children is from a judgment refusing to modify a divorce decree awarding the children to the mother.

While the evidence, which was conflicting in many instances, might have authorized a change in custody, it did not demand such a change, and the trial judge did not abuse his discretion in leaving the custody of the children with the mother. Compare: *Hobby v. Eubanks,* 224 Ga. 51 (159 SE2d 701); *Parivechio v. Parivechio,* 224 Ga. 763 (164 SE2d 565); *Wheless v. Wheless,* 225 Ga. 478 (3) (169 SE2d 813).

*Judgment affirmed. All the Justices concur.*

ARGUED MARCH 11, 1975 — DECIDED APRIL 8, 1975.

*Smith & Barnes, Roy E. Barnes, George H. Kreeger,* for appellant.

*William E. Holley,* for appellee.